■ In the Matter of RUSSELL R. OHMA MAE R., Appellant; WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent.—Appeal from an order of the Family Court, Westchester County, dated October 21, 1976,

dismissed, without costs or disbursements (see Family Ct Act, § 1112). Order of the same court, dated May 19, 1977, affirmed, without costs or disbursements, on the opinion of Judge Coppola. Hopkins, J. P., Latham, Titone and O'Connor, JJ., concur.